# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2024

### NO.  03-24-00413-CR

**Frederick Rubio, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**DISMISSED AS MOOT -- OPINION BY JUSTICE BAKER**

This is an appeal from the trial court's denial of appellant's pretrial application for writ of habeas corpus.  Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.